PD-1622-14

PD-1622-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/13/2015 1:19:14 PM
Accepted 2/13/2015 2:07:34 PM
ABEL ACOSTA
CLERK

OFFICE:
415 St. Louis Street

Phone: 830-672-6527
Fax: 830-672-5868
Email: countyattorney@co.gonzales.tx.us

**PAUL S. WATKINS**
Gonzales County Attorney
415 St. Louis Street
Gonzales, Texas 78629

February 13, 2015

Honorable Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

> RE: *Gregory Fonseca v. The State of Texas*
> PD-1622-14
> Thirteenth Court of Appeals Cause No. 13-13-00500-CR
> Trial Court Cause No. 80-12-A

Dear Mr. Acosta:

The State has received a copy of the Petition for Discretionary Review filed by the Appellant in this matter. The State waives its right to respond to the Petition for Discretionary Review. However, if the Court grants the Petition, the State will file a brief on the merits.

If you have any questions, please feel free to call. Thank you in advance for your consideration.

Sincerely yours,

FILED IN
COURT OF CRIMINAL APPEALS

**/S/ Keri L. Miller_____**
Keri L. Miller
First Assistant County Attorney
Gonzales County Attorney's Office
415 St. Louis Street
Gonzales, Texas 78629
830-672-6527
kmiller@co.gonzales.tx.us
S.B.N. 24051960

February 13, 2015

ABEL ACOSTA, CLERK

Attorney for the State

cc: Gregory Fonseca
TDCJ No. 1878692
Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367